THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A.
BURR, as Executor of and Trustee under the Will of JAMES
RODWELL, Deceased, Appellant, *v.* THOMAS L. FEITNER et
al., as Commissioners of Taxes and Assessments of the City
of New York, Respondents.

*People ex rel. Burr* v. *Feitner,* 59 App. Div. 233, affirmed.
(Argued June 5, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered

March 27, 1901, affirming an order of Special Term dismiss-ing a writ of certiorari to review an assessment taxing per-sonal property in the hands of the relator for the year 1900.

*Joseph A. Burr* and *Robert H. Wilson* for appellant.

*John Whalen Corporation Counsel (James M. Ward* and *George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LAN-DON, CULLEN and WERNER, JJ.